**Order filed July 6, 2021**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00127-CV**
_____

**JEAN JABBOUR, Appellant**

**V.**

**LISA ANN CAMPANA AND ALL OCCUPANTS, Appellee**

**On Appeal from the Co Civil Ct at Law No 3**
**Harris County, Texas**
**Trial Court Cause No. 1130766**

# O R D E R

Appellant's brief was due May 10, 2021**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 5, 2021**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher, Justices Zimmerer and Hassan.